IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN DEGRAFF,

    Plaintiff,

v.                                                       No. 10-cv-0988 JAP/SMV

NEW MEXICO DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on a Plaintiff's Motion to Enlarge Time to File Plaintiff's Response/Objections to Defendant's Martinez Report [Doc. 56]. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Enlarge Time to File Plaintiff's Response/Objections to Defendant's Martinez Report [Doc. 56] is **GRANTED**. Plaintiff's deadline to respond to the *Martinez* Report is extended to June 30, 2012, as requested.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**