IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN DEGRAFF,

      Plaintiff,

v.                                              No. 10-cv-0988 JAP/SMV

NEW MEXICO DEPARTMENT
OF CORRECTIONS;
GREGG MARCANTEL, Secretary
of Corrections, in his official capacity;
DEANNA HOISINGTON, Warden of
Western New Mexico Correctional Facility;

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART
## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

      THIS MATTER is before the Court on Plaintiff's Motion to Enlarge Time to File Objections to Defendants' Response to Plaintiff's Motion for Preliminary Injunction [Doc. 84], filed on May 7, 2013.  The Court, being fully advised in the premises, will GRANT IN PART and DENY IN PART the motion.  Plaintiff's request for an extension of 30 days will be denied, but he may have an extension to file a reply to May 17, 2013.  <u>The Court advises Plaintiff to limit his reply to only those issues raised in Defendants' Response [Doc. 82]</u>.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Enlarge Time to File Objections to Defendants' response to Plaintiff's Motion for Preliminary Injunction [Doc. 84] is **GRANTED IN PART and DENIED IN PART**.  Plaintiff's

request for an extension of 30 days to reply is denied, but he may have until **May 17, 2013**, to file a reply to Defendants' Response [Doc. 82].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**