IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN DEGRAFF,

    **Plaintiff,**

v.                    No. 10-cv-0988 JAP/SMV

**NEW MEXICO DEPARTMENT
OF CORRECTIONS;
GREGG MARCANTEL, Secretary
of Corrections, in his official capacity;
DEANNA HOISINGTON, Warden of
Western New Mexico Correctional Facility;**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 87] ("PF&RD"), issued on July 9, 2013. On reference by the Court, [Doc. 48], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that that the dispute underlying the Complaint [Doc. 1] had changed, and the Complaint was moot. [Doc. 87]. Thus, he recommended that the case be dismissed without prejudice. *Id.* No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 87] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint [Doc. 76] and Motion for Preliminary Injunction [Doc. 80] are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint [Doc. 1] and this case are **DISMISSED without prejudice**;

IT IS SO ORDERED.

_____
**JAMES A. PARKER**
**Senior United States District Judge**